# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **SHARON HILL TURK**, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>**TURBO RESTAURANTS US, LLC**, a Texas limited liability company, and **FMS GROUP, INC.**, an Illinois corporation,<br><br>        Defendants. | Case No. 1:23-cv-00837<br><br>Hon. John F. Kness<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Sharon Hill Turk, by and through her undersigned counsel, hereby notices the Court, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), of her dismissal of this action without prejudice. No court order is required as this dismissal does not resolve the claims, issues or defenses of a certified class. Each party is to bear their own attorneys' fees and costs.

Respectfully submitted,

DATED: June 13, 2023

By:   */s/ Jesse L. Young*
      Jesse L. Young (P72614)
      SOMMERS SCHWARTZ, P.C.
      141 E. Michigan Avenue, Suite 600
      Kalamazoo, Michigan 49007
      (269) 250-7500
      jyoung@sommerspc.com

      Jason J. Thompson (P47184)
      Kathryn E. Milz (ARDC# 6297213)
      SOMMERS SCHWARTZ, P.C.

One Towne Square, Suite 1700
Southfield, Michigan 48076
(248) 355-0300
jthompson@sommerspc.com
kmilz@sommerspc.com

*Attorneys for Plaintiff and the Putative Class*

2